IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LADARIUS D. MCGHEE,

    Plaintiff,

  v.

PATRICK GOVIER, LEBBEUS BROWN,
MARK KARTMAN, and JASON
FOWELL,

    Defendants.

Case No.  19-cv-1014-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 5/6/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |